Jeffrey I. Hasson, OSB#872419                                    Hon. Ann Aiken
hasson@dhlaw.biz
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Phone: (503) 255-5352
Facsimile: (503) 255-6124
Attorney for Defendant Affiliated Credit Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JASON CLARE MCBRIDE AND REBECCA LYNN MCBRIDE, <br><br> Plaintiff, <br><br> vs. <br><br> AFFILIATED CREDIT SERVICES, INC., ET AL, <br><br> Defendant. | Case No. 6:10-CV-06015-AA <br><br> DECLARATION OF JOLENE GRAVES IN SUPPORT OF DEFENDANT AFFILIATED'S MOTION FOR SUMMARY JUDGMENT |

The undersigned makes this Declaration on Defendant Affiliated Credit Services, Inc.'s ("Affiliated")'s behalf.

1. I am Vice-President of Affiliated in the above matter.

2. I am the custodian of the records of Affiliated. The records are accurately kept, and kept in the regular course of business. I have personal knowledge, and conclude that the records reflect the following:

3. Affiliated is a Minnesota corporation, and is not related to any Colorado corporation.

PAGE 1.   DECLARATION OF JOLENE GRAVES IN SUPPORT OF DEFENDANT
          AFFILIATED'S MOTION FOR SUMMARY JUDGMENT

4. On or about 1/20/09, Affiliated was assigned two accounts for worthless checks from Walgreens with the maker showing Jason C. McBride (JM). The address showed a Salem Oregon address (1247 Salem), and the phone number with last four digits 2631. It also had a driver's license with last four digits 2311 and expiration date for the ODL in 2008.

5. JM's residence phone number has the last four digits of 8020 (McBride 8020).

6. Between 2/13/09 and 7/8/09, messages were left on McBride 8020 on an answering machine for JM to contact Affiliated. On 7/10/09, JM contacted Affiliated, and told Affiliated in a recorded call that Affiliated need to stop calling JM because he was a victim of identity theft. JM called from a number that is different that McBride 8020. The transcript is attached hereto marked Exhibit "1", and is incorporated by reference thereto.

7. JM failed to provide any fraud affidavit to Affiliated so further messages were left for JM at McBride 8020. JM failed to further respond to Affiliated. The calls to JM had no other purpose other than to communicate with JM about the checks written in his name.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

Dated Nov 2, 2010 at Rochester, Minnesota.

_____
Jolene Graves

PAGE 2.    DECLARATION OF JOLENE GRAVES IN SUPPORT OF DEFENDANT AFFILIATED'S MOTION FOR SUMMARY JUDGMENT