Exhibit "1"

This is Jennifer, how can I help you.

I am just responding to a telephone call I received. Okay, and the number you are calling from is that where we called the first time? Uhh, no. What was the number, area code first please. ███-8020. Umm, is it Jason? Yes. McBride? Yes. Okay Jason well my name is Jennifer and you have reached Affiliated Credit Services. I am calling because an outstanding balance with Walgreens for a returned check for $114.99 placed in my office for collection. Right, let me tell you a couple things, you need to stop calling because I have already submitted a report that it's not mine. I have never had an account that those checks are written and you know I am a victim of identity theft. You are a victim of identity theft sir? Hello?

PAGE 1.     EXHIBIT "1"