Jeffrey I. Hasson, OSB#872419                                       Hon. Ann Aiken
hasson@dhlaw.biz
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Phone: (503) 255-5352
Facsimile: (503) 255-6124
Attorney for Defendant Affiliated Credit Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JASON CLARE MCBRIDE AND REBECCA LYNN MCBRIDE,<br><br>Plaintiffs,<br><br>vs.<br><br>AFFILIATED CREDIT SERVICES, INC., ET AL,<br><br>Defendant. | Case No. 6:10-CV-06015-AA<br><br>DECLARATION OF JEFFREY I. HASSON IN SUPPORT OF DEFENDANT ACS' RESPONSE TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

I, Jeffrey I. Hasson, declare and state:

I am attorney for Affiliated Credit Services, Inc. (ACS) in the above matter. I have personal knowledge of the matters referred to in this Declaration.

As of this filing, Plaintiffs' attorney has not communicated with me at all between 12/17/10, and the filing of this Motion (including no communication by email, and no communication by telephone)  My office does not have record of such a communication from him about this matter either.

I checked my messages and my emails for such a communication during that time, and it did not come.

PAGE 1.    DECLARATION OF JEFFREY I. HASSON IN SUPPORT OF DEFENDANT
            ACS' RESPONSE TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
            MOTION FOR SUMMARY JUDGMENT

The last communication I have record of from Mr. Karnes on this case is 11/6/10 when he approved the motion to extend the deadlines.

I copied Mr. Karnes with my letter to the Court dated 12/6/10 asking the Court to decide the summary judgment since no opposition filed. Mr. Karnes did not respond to this correspondence either.

I waited on the opposition to see if he was going to confer with me. When he did not confer with me as of this writing, and it had been almost 12 days since his 12/17/10 letter to the Court, I decided to reply to the Response to get the issue before the Court with the New Year break approaching.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated: December 29, 2010 at Portland, Oregon.

> DAVENPORT & HASSON, LLP
>
> s/ Jeffrey I. Hasson
> Jeffrey I. Hasson, WSBA No. 23741
> Attorney for ACS

PAGE 2.    DECLARATION OF JEFFREY I. HASSON IN SUPPORT OF DEFENDANT ACS' RESPONSE TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Certificate of Service

      I hereby certify that on <u>December 29, 2010</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:  <u>Keith D. Karnes</u> and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: _____.

      <u>s/ Jeffrey I. Hasson</u>
Jeffrey I. Hasson, OSB#872419
Attorney for ACS
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Phone: (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: hasson@dhlaw.biz

PAGE 1.    CERTIFICATE OF SERVICE